IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORENDA HILL and SABIRAH BOWMAN,** | : | Civil No. 1:17-CV-01491 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **JAY W. GRAEN and WERNER ENTERPRISES, INC.,** | : | |
| | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Werner Enterprises, Inc.'s motion to dismiss (Doc. 14) is **DENIED**. Defendants shall file answers to the complaint within twenty-one (21) days of the date of this order.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: May 10, 2018