IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORENDA HILL,** | : | **Civil No. 1:17-cv-1491** |
| **Plaintiff,** | : | |
| v. | : | |
| **JAY W. GRAEN and WERNER ENTERPRISES, INC.** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** the motion *in limine* filed by Defendants (Doc. 44) is **DENIED WITH PREJUDICE** to the extent it seeks to preclude Plaintiff's expert witness, Dr. Kendra Kubala, from testifying at trial and **DENIED WITHOUT PREJUDICE** to the extent it raises objections to potential hearsay testimony included in Dr. Kubala's testimony and expert report.

*s/Sylvia H. Rambo*_____
SYLVIA H. RAMBO
United States District Judge

Dated: June 11, 2019